IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| CHARLES EDWARD SNELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 5:08-CV-311(HL) |
| STEVE ROBERTS, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO DISMISS**

COME NOW, Defendants Steve Roberts, Warden, Washington State Prison ("WSP"); Sue Mickens, WSP's Deputy Warden of Care and Treatment; James H. Taylor, WSP's Health Services Administrator; and Dr. Michael L. Rogers, WSP's Medical Director, in the above-styled action, by and through counsel, Thurbert Baker, Attorney General for the State of Georgia, and file this Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b)(6) on the basis that Plaintiff has failed to assert a claim for which relief can be granted. In support of their Motion, the Defendants have filed a brief.

Respectfully submitted this 21st day of January, 2009.

                                           THURBERT E. BAKER  033887
                                           Attorney General

(signatures continued on the following page)

KATHLEEN M. PACIOUS 558555
Deputy Attorney General

/s/ DEVON ORLAND
DEVON ORLAND         554301
Senior Assistant Attorney General

/s/ LARONICA K. LIGHTFOOT
LARONICA K. LIGHTFOOT     435193
Assistant Attorney General

Please Address All Communications To:
LARONICA K. LIGHTFOOT
Assistant Attorney General
Department of Law, State of Georgia
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone: (404) 656-3370
Facsimile:  (404) 651-6920
E-mail:llightfoot@law.ga.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2009, I electronically filed the **DEFENDANTS' MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorney of record:

    none

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Charles Edward Snell
GDC382847
WASHINGTON STATE PRISON
PO BOX 206
DAVISBORO, GA 31018
PRO SE

                                         /s/LaRonica K. Lightfoot
                                         Assistant Attorney General
                                         Attorney for the Defendants

State Law Department
40 Capitol Square, S.W.
Atlanta, Georgia  30334-1300
Telephone:  (404) 656-3370
email: llightfoot@law.ga.gov